USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 7/2/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- x

CEDRIC BISHOP, on behalf of himself and
all others similarly situated,

      Plaintiff,

  -against-

POLTRONA FRAU, A SUBSIDIARY OF
HAWORTH INC.,

      Defendant.

----------------------------------------------------------------- x

Docket No.: 18-cv-01673 (ER)

STIPULATION OF DISMISSAL
**WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between CEDRIC BISHOP and POLTRONA FRAU GROUP, POLTRONA FRAU GROUP NORTH AMERICA, INC., and POLTRONA S.p.A., i/s/h/a "Poltrona Frau, A Subsidiary of Haworth Inc.", that the above action is hereby discontinued, with prejudice. This Stipulation may be filed without further notice by the Clerk of the Court.

Dated: June 25, 2018
New York, New York

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

_____
Richard H. Rubenstein
Justin A. Guilfoyle
*Attorneys for Defendant*
150 East 42nd Street
New York, New York 10017
Tel: (212) 490-3000
Fax: (212) 490-3038

Dated: June 25, 2018
New York, New York

DANIEL COHEN PLLC

_____
Daniel Cohen, Esq.
*Attorneys for Plaintiff*
300 Cadman Plaza W, Twelfth Floor
Brooklyn, New York 11201
Tel: (929) 575-4175
Fax: (929) 575-4195

**GOTTLIEB & ASSOCIATES**
*Attorneys for Plaintiff*
150 East 18th Street, Suite PHR
New York, New York 10003
Tel: (212) 228-9795
Fax: (212) 982-6284

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: 7/2/2018
New York, New York

9038003v.2